# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                              CASE NO: 6:13-cr-102-Orl-22KRS

ROSS LITTLEFIELD

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. No. 25), to which there has been a Notice of No Objection filed by the Government and a Notice of No Objection filed by the Defendant, the plea of guilty of the defendant to Count One of the Information is now accepted and the defendant is adjudged guilty of such offense. A sentencing has been scheduled by separate notice.

**DONE and ORDERED** at Orlando, Florida this 13th day of June, 2013.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Marshals Service
United States Probation Office
United States Pretrial Services
Counsel of Record
Magistrate Judge